

# NUMBER 13-24-00519-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## EX PARTE JASON PAUL OEHME

---

### ON APPEAL FROM THE 361ST DISTRICT COURT
### OF BRAZOS COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on appellant's motion to dismiss appeal.[1] The motion was signed by the appellant and his attorney. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and his attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

On February 18, 2025, we abated the appeal and remanded the cause to the trial

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. §73.001.

court to determine whether appellant was indigent, among other issues. Accordingly, the cause is hereby reinstated, and the motion to dismiss the appeal is granted. Without passing on the merits of the case, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
3rd day of April, 2025.